IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. LEEDS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   08-1433 |
| AXIS GLOUCESTER CITY STORAGE | | |

## ORDER

AND NOW, this 16th day of June, 2009, upon consideration of Plaintiff's Motion for Sanctions (documents # 26 and # 27) and Defendant's Response thereto (document # 28), IT IS HEREBY ORDERED that Defendant must produce within ten (10) days all records of the sales, including the names of the purchasers, of the contents of units at their facility in Gloucester, NJ when auction sales were held in the years 2006 to present.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

7