IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. LEEDS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.  08-1433 |
| AXIS GLOUCESTER CITY STORAGE | | |

O R D E R

AND NOW, this 12th day of August, 2009, upon consideration of Defendant's Motion for Summary Judgment, docketed in this case as Document No. 31, the opposition thereto which this Court considered as a Cross Motion for Partial Summary Judgment, and Defendant's reply, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is DENIED and Partial Summary Judgment is GRANTED *sua sponte* in favor of Plaintiffs.  The matter will proceed to trial to determine compensatory damages.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE